UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| FIFTH GENERATION, INC., §<br>*Plaintiff* §<br>§<br>v. §<br>§  No.  1:25-CV-01205-ADA-DH<br>§<br>DICK FAMILY, INC. d/b/a §<br>C&L DISTRIBUTING, §<br>*Defendant* §<br>§ | |

## ORDER SETTING STATUS CONFERENCE

Before the court is the Joint Motion for Entry of Scheduling Order Deadlines, (Dkt. 24). Having reviewed the motion, the court **GRANTS** the Motion and enters the following order. The parties or counsel acting on their behalf are **ORDERED** to appear for a 30-minute status conference at **10:00 am** on **Tuesday, January 13, 2026**. The status conference will be conducted by ZOOM. Court staff will be in contact with the parties prior to the hearing with the details needed for connecting to the conference.

SIGNED January 7, 2026.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE

1